CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, PC
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone: 916.325.2100
Facsimile: 916.441.5208
Email: carostegui@beesontayer.com

Attorneys for Plaintiff
TRUSTEES ON BEHALF OF
TEAMSTERS BENEFIT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SUMMIT EQUIPMENT COMPANY, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Defendant. | Case No. C-06-03028 SC<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND ORDER** |

Plaintiff TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST (Plaintiff) and Defendant SUMMIT EQUIPMENT COMPANY (Defendant) stipulate and agree, by and between their attorneys, that the Court may render judgment in favor of Plaintiff and against Defendant in the amount of $6,697.58 as follows:

1. Unpaid delinquent contributions of $3,415.50 owed for the July 2003, November 2003, and February 2004 work months;

2. Unpaid liquidated damages in the amount of $1,432.08 for the June 2003 through April 2004 work months; and

STIPULATION FOR ENTRY OF JUDGMENT AND ORDER
Case No. C 06-03028 SC
45570.doc

1

3. Attorneys' fees and costs of $1,850.00.

IT IS FURTHER STIPULATED and agreed by the parties that although the full judgment amount is due and payable to Plaintiff as of the date of entry of judgment with the Court, the Plaintiff will accept payment in three (3) installments and will not execute on the judgment so long as Defendant fully complies with the following conditions:

1. Defendant shall pay this Judgment in full by making three (3) installment payments. The first in the amount of $2,500.00 due on August 25, 2006, the second in the amount of $2,500.00 due on September 10, 2006, and the third and final payment in the amount of $1,697.58 due on October 10, 2006.

2. Each of said payments shall be made by check payable to Teamsters Benefit Trust, and shall be sent to Beeson, Tayer & Bodine, 520 Capitol Mall, Suite 300, Sacramento, California 95814, Attention: Catherine Arostegui.

3. All payments shall be timely if they are received by Beeson, Tayer & Bodine no later than the due dates set forth above. Any payments received after the due dates shall incur a ten percent (10%) late fee on that installment payment.

4. As used in this Stipulation for Entry of Judgment, the terms "execute" and "execution" shall include Plaintiff's right to file an Abstract of Judgment against Defendant.

IT IS FURTHER STIPULATED and agreed by the parties that if, for any reason, any payment under the terms of this Stipulation is not made within ten (10) days of its due date, the Plaintiff shall, at its option, execute on the entire amount of the Judgment, less any payments already made by the Defendant to the Plaintiff.

IT IS FURTHER STIPULATED that, upon payment in full of the Judgment, Plaintiff releases Defendant from any and all claims and liabilities, whether known or unknown, arising out of delinquent

contributions owed for the July 2003, November 2003, and February 2004 work months and liquidated damages for the June 2003 through April 2004 work months. Plaintiff waives its rights under Section 1542 of the California Civil Code which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Upon final payment under this Stipulation, Plaintiff shall file with the Court a notice that the judgment has been satisfied.

Dated: August 15, 2006

Respectfully Submitted,
BEESON, TAYER & BODINE, APC

By: _____
CATHERINE E. AROSTEGUI
Attorneys for TRUSTEES ON BEHALF OF
TEAMSTERS BENEFIT TRUST

Dated: August 23, 2006

BARDELLINI, STRAW & CAVIN

By: _____
CHARLES RANDALL BUPP
Attorneys for SUMMIT EQUIPMENT
COMPANY

IT IS SO ORDERED.

Dated: August 28, 2006

By: _____
SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

STIPULATION FOR ENTRY OF JUDGMENT AND ORDER
Case No. C 06-03023 SC
45570.doc

3